## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Avery James Hardaway_

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_Warby Parker_
_Suburban Square_

**REC'D MAY 1 4 2024**

## COMPLAINT

Jury Trial: ☑ Yes  ☑ No

(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Avery J. Hardaway
             Street Address    412 W. Berks St.
             County, City      Philadelphia, Philadelphia
             State & Zip Code  Pennsylvania 19122
             Telephone Number  617-968-7585

Rev. 10/2009

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Warby Parker - Suburban Square
Street Address: 66 Coulter Ave
County, City: Montgomery, Ardmore
State & Zip Code: Pennsylvania 19003

Defendant No. 2
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
   ☑ Federal Questions       ☑ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Chapter 41 - Fraudulent practices. Chapter 57 - Wiretapping and electronic surveillance

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Pennsylvania__

Defendant(s) state(s) of citizenship __Pennsylvania__

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __66 Coulter Ave Ardmore PA 19003 and the location where the lenses/frames were made.__

B. What date and approximate time did the events giving rise to your claim(s) occur? __April 2022 - September 2022__

[What happened to you?]

C. Facts: Eye exams. Ordered multiple pairs of corrective eye-glasses (with frames) along with contact lenses. Returned all but one pair of glasses. Ordered a year supply of contact lenses. Kept the eyeglass frames named James.

- Eyeglass perscription misdiagnosis. My corrective lenses should have same perscription to correct them cohesively like my contact perscription.

[Who did what?]

- Have reason to believe that fiber optic imaging has been placed in lenses without consent to have me under surveillance. Upon arriving in Ardmore, business owners and towns people seem to know my arrival and whereabouts. Was in Ardmore for work - work with clients behind closed doors.

[Was anyone else involved?]

Warby Parker Suburban Square, Massage Envy Ardmore, wherever the lenses were made.

[Who else saw what happened?]

The optometrists, store associates and whoever has access to the fiber optic footage within my eyeglass frames.

Saw that this technology exist on the show titled The Pentaverate

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

- Possible eyesight deterioration due to a misdiagnosis
- Loss of privacy with alleged fiber optics within eyeglass frames
- Possible discrimination due to known whereabouts
- Financial loss

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

- Lenses made on sight
- Thorough investigation of company in correlation to fiber optic implants. Eye glass lenses come from out of state. Eye glass lenses are not made on sight anymore.
- Compensation for "James" frame collection with lenses without fiber optic footage / surveillance
- Year supply of contact lenses
- 200,000 + 200,000 = $400,000
- About 2 years now with possible fiber optic surveillance within my eyeglasses
- Investigation of any phone applications connected to fiber optic footage.
- Have another reason to believe eyeglass surveillance as I am sure that a camera was somehow implanted within my cranium.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of May, 2024.

Signature of Plaintiff: Avery N. Hardaway
Mailing Address: 412 W Berks St
Philadelphia, PA 19122
Apt 1B
Telephone Number: 617-968-7585
Fax Number (if you have one): N/A
E-mail Address: averyhardaway@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____